# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **RONALD M. LELEAUX, JR.** | **CIVIL ACTION NO. 09-0707** |
| **VERSUS** | **SECTION P** |
| **OUACHITA PARISH, ET AL.** | **JUDGE ROBERT G. JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint, insofar as it asserts the violation of a right to a prison grievance system, be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C.§ 1915(e)(2); and,

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint, insofar as it alleges false arrest and imprisonment and malicious prosecution, be **DISMISSED WITH PREJUDICE** (subject to the *Heck v. Humphrey* conditions being met) as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.§ 1915(e)(2).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 1st day of September, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE